# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:20-CV-00094-GCM-DCK

| | |
|---|---|
| **CATHERINE FORTNER BOONE,** | |
| **Plaintiff,** | |
| v. | **ORDER** |
| **KILOLO KIJAKAZI,** Acting Commissioner of Social Security, | |
| **Defendant.** | |

Upon stipulation of the parties, it is hereby ordered that Defendant will pay Plaintiff $3,100.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412, payable to Plaintiff and sent to Plaintiff's counsel, Christopher S. Stepp, 112 South Main Street, Hendersonville, North Carolina 28792. Additionally, Plaintiff shall be paid $421.30 in costs from the Judgment Fund by the U.S. Department of Treasury pursuant to 28 U.S.C. § 2412(a)(1).

**SO ORDERED.**

Signed: August 13, 2021

Graham C. Mullen
United States District Judge